934

NOVEMBER 2, 1976

No. 76–5103. DAWSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 60.

NOVEMBER 8, 1976

No. 76–65. REPUBLICAN PARTY OF SHELBY COUNTY *v.* DIXON ET AL. Affirmed on appeal from D. C. W. D. Tenn. MR. JUSTICE REHNQUIST and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 76–103. RIOS ET AL. *v.* JONES, DIRECTOR, DEPARTMENT OF PERSONNEL OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.